```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
              CASE NO. 11-20112-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

PEDRO MORENO,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on July 20, 2011. A Report and Recommendation filed on July 29, 2011 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of August, 2011.

                                            _____
                                            DONALD L. GRAHAM
                                         UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Goodman
        Sean T. McLaughlin, AUSA
        Brittney Hortsman, Esq.
```